

# Fourth Court of Appeals
## San Antonio, Texas

July 24, 2014

No. 04-13-00720-CV

Marilyn **STEWART**,
Appellant

v.

**THE CITY OF SAN ANTONIO**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-09344
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

Sitting:      Catherine Stone, Chief Justice
                Karen Angelini, Justice
                Sandee Bryan Marion, Justice

Appellee's motion to dismiss is hereby MOOT.

It is so **ORDERED** on July 24, 2014.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court